UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 13-2303-MWF(SPx)**                Dated: **July 17, 2014**

Title:      Edwin Figueroa -*v*- E.T. Tacos, Inc. et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

       In light of the Notice of Settlement filed July 16, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for September 8, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

       IT IS SO ORDERED.

MINUTES FORM 90                         Initials of Deputy Clerk   __rs__
CIVIL - GEN
-1-